UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DELORES PRINCE,

                  Plaintiff,

        -against-

RONALD PIERSON, JR., et al.,

                 Defendants.
-------------------------------------------------------X

**ORDER**

No. 22-CV-00308 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 25, 2023, the parties were directed to meet and confer and file pretrial materials in accordance with the Court's Individual Practices Rules 6(A) and (B) by June 28, 2023. The parties filed a joint proposed pre-trial order and joint proposed jury instructions on June 28, 2023.

The parties are hereby directed to meet and confer and file the outstanding pretrial materials in accordance with the Court's Individual Practices Rule 6(B) which include, *inter alia*, proposed *voir dire* questions and a joint verdict form, by July 12, 2023 at 5:00 p.m.

Dated: White Plains, New York
         June 30, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge