```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DELORES PRINCE,

                        Plaintiff,
                                                                    ORDER
        -against-
                                                                    No. 22-CV-00308 (PMH)
RONALD PIERSON, JR., et al.,

                        Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

The parties are hereby notified that trial in this action is scheduled as the primary back up case that may proceed in place of the primary case scheduled for **September 11, 2023 at 9:30 a.m,** if that primary case does not go forward. The case must therefore be trial ready for that date. As soon as the Court confirms whether this matter will proceed on September 11, 2023, it will inform the parties. If this matter cannot proceed on September 11, 2023, the Court will seek another jury trial date for as soon as possible thereafter.

A pretrial conference is scheduled for **August 10, 2023 at 3:30 p.m.** in Courtroom 520.

The parties are directed to immediately notify the Court if they have reached a settlement.

Dated: White Plains, New York  
      July 21, 2023

SO ORDERED:

_____  
Philip M. Halpern  
United States District Judge