UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DELORES PRINCE,

                    Plaintiff,

      -against-                           **ORDER**

RONALD PIERSON, JR., et al.,             No. 22-CV-00308 (PMH)

                    Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared by telephone for an in-person pretrial conference on August 10, 2023. As discussed on the record, this matter is slated as a backup to the Court's presently scheduled jury trial on September 11, 2023, and the parties are on five days' notice of trial.

      At the conference, the Court notified the parties that a trial date is available on August 14, 2023. Plaintiff's counsel informed the Court that he is unavailable for trial starting on August 14th due to a scheduling conflict. Plaintiff's counsel is directed to, by August 11, 2023 at 12:00 p.m., file via ECF an affirmation of actual engagement with respect to his availability for trial starting August 14, 2023.

      As explained more fully on the record during the appearance, the Court directs as follows:

1. Plaintiff shall, **by August 11, 2023 at 5:00 p.m.**, file a letter setting forth whether Marteaste Monkinzy Thompson and Rosa M. Crump, witnesses identified in the Joint Pretrial Order (Doc. 13), were properly disclosed pursuant to Fed. R. Civ. P. 26.

2. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, **by August 18, 2023 at 5:00 p.m.**, and Amended Joint Pretrial Order.

3. The parties shall meet and confer regarding the Court's directives and instructions changes to the proposed Verdict Sheet and file, **by August 18, 2023 at 5:00 p.m.**, a revised proposed Verdict Sheet.

4. The questions in the parties' proposed *Voir Dire* are all granted or granted in substance except Questions 2, 10, 21, 22, and 23 are denied.

5. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the joint proposed Jury Instructions (Doc. 14) and supplemental proposed Jury Instructions (Doc. 17), and file, **by August 18, 2023 at 5:00 p.m.**, a single document reflecting the parties' joint proposed Amended Jury Instructions.

6. A final pretrial conference has been scheduled for **August 28, 2023 at 3:30 p.m.**

See Transcript.

Dated: White Plains, New York
       August 11, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge