UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DELORES PRINCE,

                        Plaintiff,

         -against-

RONALD PIERSON, JR., et al.,

                       Defendants.
-------------------------------------------------------X

**ORDER**

No. 22-CV-00308 (PMH)

PHILIP M. HALPERN, United States District Judge:

At the August 10, 2023 pretrial conference and in the Court's August 11, 2023 Order (Doc. 20), Plaintiff's counsel was directed to, by August 11, 2023 at 12:00 p.m., file via ECF an affirmation of actual engagement with respect to his availability for trial starting August 14, 2023. Plaintiff's counsel has not filed an affirmation.

Accordingly, Plaintiff's counsel is hereby directed to file a letter via ECF by August 16, 2023 at 5:00 p.m.:

(1) Explaining why Plaintiff's counsel disregarded the August 10 and 11, 2023 Order regarding filing an affirmation of actual engagement; and

(2) Detailing a good faith basis for why Plaintiff's counsel was not available to start trial on August 14, 2023.

Dated: White Plains, New York
         August 15, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge