UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DELORES PRINCE,

                Plaintiff,

-against-

RONALD J. PIERSON, et al.,

                Defendants.
--------------------------------------------------------X

**ORDER**

No. 22-CV-00308 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 18, 2023, Defendants filed a Joint Pretrial Order (Doc. 25) which indicates that all parties consent to conduct all further proceedings before a Magistrate Judge, pursuant to 28 U.S.C. § 636(c). In the event the parties do in fact consent to conducting further proceedings before the assigned Magistrate Judge, they shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (form AO 85) using the ECF Filing Event Proposed Consent to Jurisdiction by US Magistrate Judge by 5:00 p.m. on August 23, 2023. If the parties file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, the final pretrial conference scheduled for August 28, 2023 at 3:30 p.m. will be canceled.

The Court notes that Plaintiff's counsel has not filed an appearance in this action. Accordingly, Defendants' counsel is directed to send a copy of this Order to Plaintiff's counsel, and Plaintiff's counsel is directed to file a notice of appearance via ECF.

Dated: White Plains, New York
        August 21, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge