UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DELORES PRINCE,

                    Plaintiff,

-against-                             **ORDER**

RONALD PIERSON, JR., et al.,          No. 22-CV-00308 (PMH)

                    Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for Plaintiff appeared via telephone and counsel for Defendants appeared in-person for a pretrial conference on August 28, 2023. As discussed on the record, this matter will proceed to trial on September 11, 2023.

      Additionally, the parties informed the Court at the conference that all parties do not consent to conduct further proceedings before a Magistrate Judge.

      A final pretrial conference has been scheduled for August 29, 2023 at 12:00 p.m. in Courtroom 520 of the White Plains Courthouse. As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall bring to the August 29th conference paper copies of their pretrial materials filed in accordance with the Court's Individual Practices Rules 6(A) and (B).

2. Plaintiff's counsel shall bring to the August 29th conference an affirmation of actual engagement with respect to his availability for trial starting August 14, 2023.

3. Plaintiff's counsel shall, **by August 28, 2023**, file a notice of appearance in this action.

Dated: White Plains, New York
       August 28, 2023

SO ORDERED:

_____
Philip M. Halpern
United States District Judge